# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer  
Clerk

February 13, 2024

General Information  
(202) 216-7000

Eighth Circuit Clerk  
United States Court of Appeals for the Eighth Circuit  
Thomas F. Eagleton United States Courthouse  
111 South Tenth Street  
St. Louis, MO 63102-1116

Re: 24-1015 Benton Institute for Broadband & Society v. FCC, et al

Dear Clerk of Court:

Pursuant to the order of this court filed February 13, 2024, a copy of which is enclosed, we are transmitting forthwith the court's original file in electronic format.

Please acknowledge receipt of the transferred file by sending a confirmation email to dcnoa@cadc.uscourts.gov.

Sincerely yours,

BY: /s/  
Scott H. Atchue  
Deputy Clerk

Enclosures